IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| KATHY ANN MINNICK | ) |
| | ) Civil Action No.: 02-CV-2865 |
| Plaintiff, | ) Judge Blake |
| | ) |
| v. | ) |
| | ) |
| GENERAL MOTORS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of the Consent Motion to Extend Time To File Opposition and Response to Plaintiff's Motion for Partial Summary Judgment, and the Court being duly advised in the premises; it is this ____ day of September, 2002, hereby

ORDERED, that said Motion is granted; and it is

FURTHER ORDERED, that defendant shall have up to and including September 9, 2002 to file its opposition and response to plaintiff's Motion.

_____
U.S. District Court Judge Blake

Copies to:

Robert C. Sanders, Esquire
Law Office of Robert C. Sanders
12051 Old Marlboro Pike
Upper Marlboro, MD 20772-2922

(Con't Next Page)

Edward J. Longosz, II, Esquire
Laura Stover
Eckert Seamans Cherin & Mellott, LLC
1250 24th Street, N.W., 7th Floor
Washington, D.C. 20037

Thomas J. Sweeney, Jr., Esquire
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street - USX Tower
44th Floor
Pittsburgh, PA 15219