$50 FEE PAID
# 1188169
FEE NOT PAID
(SEND LETTER)

**ORIGINAL**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 SEP -3  P 3 01

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATHY ANN MINNICK, | : | |
| Plaintiff, | : | Case No. 02-CV-2865 Civil |
| vs. | : | |
| GENERAL MOTORS CORPORATION, | : | |
| Defendant. | : | |

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Edward J. Longosz, II, am a member in good standing of the bar of this Court. I am moving the admission of Thomas J. Sweeney, Jr. to appear *pro hac vice* in this case as counsel for General Motors Corporation.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Pennsylvania | 1981 |
| U.S. District Court for the Western District of Pennsylvania | 1981 |
| U.S. Supreme Court | 1985 |
| U.S. Court of Appeals for the First Circuit | 1993 |
| U.S. Court of Appeals for the Third Circuit | 1995 |
| U.S. Court of Appeals for the Sixth Circuit | 1996 |

2. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.



5.   The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.   The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

MOVANT

*/s/ Edward J. Longosz*
Signature

Edward J. Longosz, II
Printed Name

Eckert Seamans Cherin & Mellott, LLC
1250 24th Street, N.W. 7th Floor
Washington, DC  20037-1124
202-659-6600
202-659-6699 (Fax)

PROPOSED ADMITTEE

*/s/*
Signature

Thomas J. Sweeney, Jr.
Printed Name

Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant St., 44th Floor
Pittsburgh, PA  15219-2788
412-566-6000
412-566-6099 (Fax)

*************************************************************

## ORDER

✓ GRANTED         ___ DENIED

9-4-02
Date

Felicia C. Cannon
by: */s/ Lisa Stancu*
Clerk, United States District Court