IN THE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATHY ANN MINNICK

v.                                                              Civil Action No. CCB 02-2865

GENERAL MOTORS CORPORATION

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

(1) the plaintiff's motion for partial summary judgment as to manufacturing defect (docket number 4) is **denied**; and

(2) the Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

_10/4/02_
Date

Catherine C. Blake
United States District Judge