IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| KATHY ANN MINNICK ) | |
| ) | Civil Action No.: 02-CV-2865 |
| Plaintiff ) | Honorable Catherine C. Blake |
| ) | |
| v. ) | |
| ) | |
| GENERAL MOTORS CORPORATION ) | |
| ) | |
| Defendant ) | |
| ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, Kathy Ann Minnick, by counsel, dismisses her complaint in its entirety with prejudice.

Robert C. Sanders
Attorney ID No. 11048
Law Office of Robert C. Sanders
12051 Old Marlboro Pike
Upper Marlboro, MD  20772-2922
Tel:  301-574-3400
Fax: 301-574-2354
Attorney for Plaintiff Kathy Ann Minnick

Approved
Catherine C. Blake
USDJ
1/27/03

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2003 a copy of the foregoing Notice of Dismissal With Prejudice was mailed by first class mail, postage prepaid, to:

> Edward J. Longosz II
> Laura Stover
> Eckert Seamans Cherin & Mellot, L.L.C
> 1250 24th Street, NW, 7th Floor
> Washington, DC 20037
>
> Thomas J. Sweeney, Jr.
> Eckert Seamans Cherin & Mellot, L.L.C
> 600 Grant Street
> USX Tower, 44th Floor
> Pittsburgh, PA 15219

_____
Robert C. Sanders